**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
ROBINSON, *et al.*,

<table>
<tr><td>Plaintiffs,</td><td><b><u>ORDER</u></b></td></tr>
<tr><td>-against-</td><td><b>25-CV-8047 (AKH)</b></td></tr>
</table>

THE CITY OF NEW YORK, *et al.*,

Defendants.

-------------------------------------------------------------------

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

A pre-settlement conference call with attorneys only via MS Teams is scheduled for **July 14, 2026 at 11:00 AM** before this Court.  The link has been sent to counsel.

A settlement conference is scheduled to take place on **July 21, 2026 at 10:30 AM**.  The conference will take place in courtroom 228 at the Thurgood Marshall United States Courthouse located at 40 Foley Square New York, NY 10007.

SO ORDERED.

DATED:    New York, New York
          April 23, 2026

_____
JENNIFER E. WILLIS
United States Magistrate Judge