**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

ROBINSON, *et al.*,

Plaintiffs,

-against-

THE CITY OF NEW YORK, *et al.*,

Defendants.

---------------------------------------------------------------

**ORDER**

**25-CV-8047 (AKH)**

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

To better apprise the Court of updates since the first settlement conference, a pre-settlement conference call with attorneys only via MS Teams is scheduled for **September 23, 2026 at 2:00 PM**. The link has been sent to counsel. The parties are also directed to email the Court *ex parte* letters, no more than two pages single spaced, regarding any notable updates on **September 21, 2026**.

SO ORDERED.

DATED: New York, New York
August 31, 2026

Jennifer E. Willis
JENNIFER E. WILLIS
United States Magistrate Judge