UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X

**LaTOYA ROBINSON, Individually and as Mother and Natural Guardian of Li. C. (age 14), Leo. C. (age 13) and Lev. C. (age 10); and JaQUETA CARTER, as Mother and Natural Guardian of NayS. C. (age 15), NayQ. C. (age 12) and A.C. (age 7),**

Plaintiffs

-against-

**THE CITY OF NEW YORK, NYPD LIEUTENANT RANDOLPH PENA-MEDINA, NYPD OFFICER JEAN K. GILOT, and NYPD OFFICER ROCHEAA WALKER,**

Defendants.
-------------------------------------------------------------------------------X

**25 CV 8047 (JW)**

**INFANT COMPROMISE ORDER**

Plaintiffs LaToya Robinson and JaQueta Carter having applied for an Order authorizing and empowering them to compromise this action with respect to infants Li. C., Leo C. and Lev. C (Ms. Robinson's sons) and NayS. C., NayQ. C. and A.C. (Ms. Carter's sons), and

Upon the reading and filing of the declarations of Plaintiffs' attorney Joel Berger, Esq., and Plaintiffs LaToya Robinson and JaQueta Carter,

It appearing that the best interests of Infant Plaintiffs will be served by their compromises, and due deliberation having been had herein, and upon all past papers and proceedings herein;

NOW, on application of Plaintiffs LaToya Robinson and JaQueta Carter by their attorney, Joel Berger, Esq., it is hereby

**ORDERED**, that Plaintiffs be and hereby are permitted to enter into a compromise and settlement of Infant Plaintiffs' claims for relief by payment by Defendants; and it is further

**ORDERED**, pursuant to the parties' settlement agreement and SDNY Local Civil Rule 83.2 (a) (1) & (3), that Defendant City of New York make checks bearing each Infant Plaintiff's full name, each mailed with first class postage prepaid, addressed to the residence of each Infant's mother and natural guardian, to be held by each Infant's mother and natural guardian as trustee until each Infant Plaintiff turns 18, subject to any withdrawals that may be allowed with Court approval, as follows:

NayS. C: $43,334 (Ms. Carter as trustee);

Li. C.: $ 8.333 (Ms. Robinson as trustee);

Leo. C.: $ 8,333 (Ms. Robinson as trustee);

Lev. C.: $ 6,667 (Ms. Robinson as trustee);

NayQ. C: $ 3,333 (Ms. Carter as trustee);

A.C.: $ 3,333 (Ms. Carter as trustee); and it is further

**ORDERED,** pursuant to SDNY Local Civil Rule 83.2 (a) (2), that Defendant City of New York make a check payable to Joel Berger, Esq., attorney for each Infant, for a total of $36,667, representing his one-third attorney's fees; and it is further

**ORDERED**, that the City of New York make a check payable to "Joel Berger, Esq., as Attorney for LaToya Robinson," in the amount of $40,000, for deposit into his Attorney Escrow Account, from which he (i) must pay Cartiga Consumer Funding LLC the amount owed by Ms. Robinson to that company, (ii) must pay the remainder of Ms. Robinson's two-thirds share to Ms. Robinson, and (iii) may pay himself his one-third attorney's fee; and it is further

**ORDERED**, that Plaintiffs LaToya Robinson and JaQueta Carter deposit the funds for each Infant Plaintiff into interest bearing custodial or trust bank accounts, to be held for the sole use and benefit of each Infant Plaintiff until that Infant Plaintiff reaches

the age of 18 years, in accounts paying the highest rate of interest available at the time of deposit, provided that all funds will be available to each Infant Plaintiff on the date upon which that Infant Plaintiff attains the age of eighteen years; and it is further

**ORDERED**, that Plaintiffs LaToya Robinson and JaQueta Carter may not make any withdrawals from said accounts prior to each Infant Plaintiff attaining the age of 18 years, except upon prior Order of this Court, and that any application for permission to make any such withdrawals from said accounts must demonstrate that the withdrawals will be for Infant Plaintiff's sole benefit; and it is further

**ORDERED**, that when each Infant Plaintiff shall have attained the age of eighteen years, upon demand therefore, together with presentation of the proper proof of said age, the bank in which the funds have been deposited is directed to pay over to said Infant Plaintiff all monies then on deposit in said account, together with all interest accrued thereon; and it is further,

**ORDERED**, that in accordance with this Order, Plaintiffs LaToya Robinson and JaQueta Carter and their attorney Joel Berger, Esq., are authorized, empowered, and permitted to execute and deliver a general release and any other papers necessary to effectuate the compromise and settlement herein; and it is further

**ORDERED**, that the filing of a bond herein be dispensed with.

Dated: New York, New York
November 4, 2026

Jennifer E. Willis

**JENNIFER WILLIS**
United States Magistrate Judge