**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

ROBINSON, *et al.*,

Plaintiffs,

-against-

THE CITY OF NEW YORK, *et al.*,

Defendants.

---------------------------------------------------------------

**ORDER**

**25-CV-8047 (JW)**

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

The Court is in receipt of the parties' letters at Dkt. No. 54–56. The Court trusts that all parties are moving at a deliberate, timely speed. The Court therefore declines to order the City to submit the Closing Papers to the Comptroller's Office by a date certain. However, the City is directed to provide an update on status by **December 22, 2026**.

SO ORDERED.

DATED: New York, New York
November 17, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge